United States District Court
Northern District of California

YELP, INC.,

    Plaintiff,

v.

TIMOTHY CATRON; DOES 1-50,

    Defendants.

Case No.: CV 13-02859-KAW

ORDER DENYING YELP, INC.'S MOTION FOR INTRA-DISTRICT TRANSFER TO THE SAN FRANCISCO DIVISION

On June 20, 2013, Plaintiff Yelp, Inc. ("Yelp") filed a trademark infringement action against Defendant Timothy Catron and Does 1-50. (Dkt. No. 1.)

On June 25, 2013, Yelp filed a motion for intra-district transfer to the San Francisco Division pursuant to Civil L.R. 3-2(h). (Dkt. No. 6.) Under Civil L.R. 3-2(c), "[p]ursuant to the Court's Assignment Plan,...all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises." Civil L.R. 3-2(d), however, provides that "all civil actions which arise in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division." For that reason, the matter was properly assigned under Civil L.R. 3-2(h). In practice, civil cases are generally not transferred between the San Francisco and Oakland Divisions for a variety of reasons, one of which is their close proximity. Therefore, Yelp's assertion that its "witnesses, documents, and files are located in San Francisco" is not sufficient to implicate the convenience or interests of justice concerns articulated in Civil L.R. 3-2(h).

Notwithstanding, even if the Court were to find intra-district transfer appropriate under the circumstances, the intra-district transfer of trademark infringement cases is expressly prohibited by the Court's Assignment Plan:

> Notwithstanding any other provision of the Assignment Plan, the Clerk shall maintain a district-wide system of assignment for prisoner petitions, patent cases, trademark cases, copyright cases, securities class actions and capital habeas corpus cases. Venue for cases in these categories shall be proper in any courthouse in this District. *These cases shall not be reassigned on the basis of intra-district venue.*

General Order No. 44 (emphasis added), at 2; *see also* Civil L.R. 3-2(h) (only authorizes intra-district transfer in accordance with the Court's Assignment Plan).

For the reasons set forth above, Yelp's motion for intra-district transfer to the San Francisco Division is DENIED.

IT IS SO ORDERED.

Dated: June 28, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge