United States District Court
Northern District of California

YELP INC.,

        Plaintiff,

   v.

TIMOTHY CATRON,

        Defendant.

Case No.: CV 13-02859-KAW

ORDER REQUIRING BILLING RECORDS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On April 2, 2014, Plaintiff Yelp Inc. filed a motion for default judgment against Defendant Timothy Catron for trademark infringement. In its motion, Plaintiff seeks reasonable attorneys' fees, but does not provide any billing records in support of an award nor provide a statement of the services rendered by each attorney or paralegal, including a summary of the number of hours spent on this litigation as required by the Civil Local Rules. *See* Civil L.R. 54-5(b).

Accordingly, if Plaintiff still seeks to recover attorneys' fees and costs, Plaintiff is ordered to submit its supporting declaration and billing records in support of its request for attorneys' fees and costs on or before June 13, 2014.

IT IS SO ORDERED.

Dated: June 3, 2014

KANDIS A. WESTMORE
United States Magistrate Judge