# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY CATRON, an individual; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case Number: 13-cv-2859-KAW<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION FOR DEFAULT JUDGMENT |

Plaintiff Yelp Inc.'s Administrative Motion to Continue Hearing on its Motion for Default Judgment is GRANTED. It is hereby ORDERED that the hearing on the Motion for Default Judgment shall be held on August 21, 2014 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge